AO 91 (REV.5/85) Criminal Complaint                                   AUSA Andrew M. Rosati (815) 312-5466

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIPE QUEVEDO-BALLESTEROS<br>  also known as "Alberto Diaz Diaz" | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 25CR50003 |

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about February 19, 2025, at McHenry County, in the Northern District of Illinois, Western Division, FELIPE QUEVEDO-BALLESTEROS, also known as "Alberto Diaz Diaz", defendant herein,

> being an alien who previously had been deported and removed from the United States on or about January 28, 2002 and November 3, 1994, was found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Special Agent with Homeland Security Investigations and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
Signature of Complainant
ANA F. BRINSON
Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The abovenamed agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: February 20, 2025                           _____
                                                  Judge's signature

City and state: Chicago, Illinois                 M. DAVID WEISMAN, U.S. Magistrate Judge
                                                  *Printed name and title*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | CASE: 25CR50003 |
| NORTHERN DISTRICT OF ILLINOIS | |

## AFFIDAVIT

I, ANA F. BRINSON, being duly sworn, state as follows:

1. I am a Special Agent with Homeland Security Investigations. I have been so employed since approximately April 2022.

2. As part of my duties as a Homeland Security Investigations Special Agent, I investigate criminal violations relating to illegal reentry of removed aliens, false statements, and unlawful acts related to firearms. Along with this, I work in conjunction with other law enforcement agencies reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. I have participated in the execution of multiple federal search warrants.

3. Prior to my tenure as a Special Agent, I worked with the United States Department of Homeland Security, Enforcement Removal Operations, as a deportation officer. As a deportation officer, I investigated violations of the immigration and nationality laws of the United States.

4. This affidavit is submitted in support of a criminal complaint alleging that FELIPE QUEVEDO-BALLESTEROS, also known as Alberto Diaz Diaz[1], has violated Title 8, United States Code, Section 1326(a), Unlawful Reentry After Removal, by being present and found in the United States after having previously been deported and removed from the United States. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging QUEVEDO-BALLESTEROS with Unlawful Reentry After Removal, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that QUEVEDO-BALLESTEROS committed the offense alleged in the complaint.

5. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and my review of records maintained by HSI, Immigration and Customs Enforcement ("ICE"), other components of the Department of Homeland Security ("DHS"), and other government agencies.

6. According to DHS records, QUEVEDO-BALLESTEROS is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that QUEVEDO-BALLESTEROS was born in Cuernavaca,

---

[1] According to HSI records, at the time of his arrest in this matter, QUEVEDO-BALLESTEROS had in his possession what appeared to be genuine identity documents under the name ALBERTO DIAZ DIAZ. As explained later in this affidavit, automated biometric systems positively linked DIAZ DIAZ to the same individual twice previously deported from the United States as QUEVEDO-BALLESTEROS.

Mexico on July 7, 1968. He originally entered the United States at an unknown time and place between approximately 1984 and 1992 without being inspected, admitted, or paroled by United States immigration authorities. He has no claim to United States citizenship or lawful residence.

7. DHS records reflect that on or about October 19, 1994, an immigration judge in the District of Colorado ordered QUEVEDO-BALLESTEROS deported from the United States to Mexico.

8. DHS records further reflect that on or about November 3, 1994, QUEVEDO-BALLESTEROS was deported from the United States to Mexico through Paso del Norte Bridge in El Paso, Texas. He was prohibited from reentering the United States for a period of 5 years.

9. DHS records reflect that on or about April 22, 1998, QUEVEDO-BALLESTEROS filed Form I-212 Application to Reapply for Admission After Deportation or Removal with the former Immigration and Naturalization Service (INS). On or about December 16, 1998, INS denied the I-212 and deemed it abandoned.

10. DHS records reflect that on or about January 4, 2002, QUEVEDO-BALLESTEROS was encountered by United States Border Patrol. Defendant's prior removal order was reinstated.

11. On or about January 4, 2002, QUEVEDO-BALLESTEROS was served with DHS Form I-871 (Notice of Intent/Decision to Reinstate Prior Order). This form

informed QUEVEDO-BALLESTEROS that he was being removed from the United States and was unable to return to the United States because he had been ordered removed from the United States by an Immigration Judge in 1994. QUEVEDO-BALLESTEROS signed DHS Form I-871 acknowledging the determination.

12. On or about January 25, 2002, QUEVEDO-BALLESTEROS was presented a DHS Form I-205 (Warning of Removal/Deportation) and DHS Form I-294 (Warning to Alien ordered Removed or Deported). These forms informed QUEVEDO-BALLESTEROS that he was being removed from the United States and was unable to return to the United States because he had been ordered removed from the United States by an Immigration Judge in 1994. As part of this removal process, QUEVEDO-BALLESTEROS's was photographed and fingerprinted, and his photo and fingerprint were affixed to DHS Form I-205 along with his signature.

13. DHS records further reflect that on or about January 28, 2002, QUEVEDO-BALLESTEROS was again deported from the United States to Mexico through Hidalgo, Texas.

14. DHS records reflect that QUEVEDO-BALLESTEROS has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

15. DHS records reflect that on or about February 19, 2025, QUEVEDO-BALLESTEROS was located in McHenry County, taken into ICE administrative custody, and was subsequently processed and fingerprinted. During the booking

process, QUEVEDO-BALLESTEROS was found in possession of identification documents purporting that he was Alberto Diaz Diaz. Law enforcement was able to ascertain through open sources that the real Alberto Diaz Diaz died on February 19, 2021. QUEVEDO-BALLESTEROS' fingerprints were electronically uploaded into the Federal Bureau of Investigations' Integrated Automated Fingerprint Identification System ("IAFIS").

16. DHS records further reflect that on or about February 19, 2025, ICE law enforcement officials reviewed the electronic fingerprints from IAFIS, which were electronically uploaded and compared in the DHS Automated Biometric Identification System ("IDENT"). The IDENT system revealed that QUEVEDO-BALLESTEROS is the same person who was previously removed from the United States to Mexico on or about November 3, 1994, and again on or about January 28, 2002.

17. DHS records further reflect that on or about February 19, 2025, QUEVEDO-BALLESTEROS agreed to waive his *Miranda* rights and participate in a post-arrest interview. During questioning, QUEVEDO-BALLESTEROS admitted to knowing that he was previously deported to Mexico twice and that had received paperwork from the United States government regarding his deportations.

[Remainder of page intentionally left blank.]

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about February 19, 2025 at McHenry, Illinois, in the Northen District of Illinois, Western Division, FELIPE QUEVEDO-BALLESTEROS, also known as "Alberto Diaz Diaz," being an alien who was last removed from the United States on or about January 28, 2002, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

_____
Ana F. Brinson
Special Agent, Homeland Security Investigations

SWORN TO AND AFFIRMED by telephone February 20, 2025.

_____
Honorable M. DAVID WEISMAN
United States Magistrate Judge